# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TODD ELLIOTT KOGER, | : | No. 357 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PERFECT SMILES DENTAL, DR. AKUVI | : | |
| KLOUTSE, DR. PENG CHENG, KAREN | : | |
| CORCORAN AND DR. ALVARO LAZO, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.